# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:09-CR-177-FDW-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| HAROLD GONZALEZ ROQUE, ) | |
| _____) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion To Unseal Indictment" (Document No. 12) filed November 8, 2010 by the Government regarding the above captioned matter.

For good cause shown, the motion will be granted.

**IT IS, THEREFORE, ORDERED** that the Government's motion is ALLOWED and the indictment shall be unsealed immediately.

**SO ORDERED**.

Signed: November 9, 2010

David C. Keesler
United States Magistrate Judge