# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:09cr177-02

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| HAROLD GONZALEZ ROQUE. | ) | |
| _____ | ) | |

This matter is before the court on the government's motion for alternative victim notification procedures pursuant to 18 U.S.C. § 3771(d)(2). The court finds that the number of crime victims, as defined by 18 U.S.C. § 3771(e), makes it impracticable to accord all of the crime victims the rights described in 18 U.S.C. § 3771(a). The court further finds that the government's proposal is a reasonable procedure to give effect to 18 U.S.C. § 3771. Thus, the motion will be granted.

## ORDER

**IT IS THEREBY ORDERED** that, as soon as practicable, and sufficiently prior to defendant's sentencing hearing, the government shall issue a press release to the public, providing, at least, the following information: (1) the name of the defendant, the case number, and the charges; (2) notification that Puerto Rican

residents may have been victimized by the illegal activities of the defendant; (3) all of the victim notification rights codified at 18 U.S.C. § 3771(a); (4) the contact information for the Victim-Witness Coordinator at the United States Attorney's Office; (5) a description and explanation of the government's Victim Notification System (VNS), and the means by which any victim could register and obtain current case information from the VNS website, www.notify.usdoj.gov, or from the VNS call center; and (6) the date, time, and location of the sentencing hearing.

Upon issuing the press release, the government shall file a copy of the same in this case.

**IT IS SO ORDERED**.

Signed: September 13, 2011

Max O. Cogburn Jr.
United States District Judge